IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:08CR21 |
| | ) | 8:08CR22 |
| v. | ) | |
| MARTIN ROCHA | ) | |
| MARTIN ROCHA-MIRANDA, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

Before the court is the Notice of Related Case (Filing No. 5) which indicates that case 8:08CR22 is related to 8:08CR21. Accordingly,

IT IS ORDERED that case 8:08CR22 is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 22nd day of January, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge